# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135787(83)(84)(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LINCOLN WATKINS,
      Defendant-Appellant.

SC: 135787
COA: 277905
Wayne CC: 06-008116

_____

     On order of the Chief Justice, the motion for immediate consideration is GRANTED. The motion by the Attorney General for extension to October 31, 2008 of the time for filing his brief *amicus curiae* is GRANTED. The motion by the Attorney General for leave to participate in oral argument as *amicus curiae* is considered and it is GRANTED. The Attorney General may argue for ten minutes following the arguments of the parties.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2008

Clerk